**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LAKEPOINT LAND, LLC,** | ) | **Case No. 18-41337-bem** |
| **LAKEPOINT LAND III, LLC,** | ) | |
| **LAKEPOINT LAND IV, LLC,** | ) | **Jointly Administered** |
| **LAKEPOINT SERVICES, LLC,** | ) | |
| **LAKEPOINT SPORTS SOUTH, LLC,** | ) | |
| **LP HOUSING LLC, LAKEPOINT** | ) | |
| **HOSPITALITY, LLC, and** | ) | |
| **LAKEPOINT MERCHANDISE, LLC,** | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**ORDER APPROVING DEBTORS' MOTION TO APPROVE SETTLEMENT
AGREEMENT BETWEEN LAKEPOINT SERVICES, LLC, RICH BODEN,
AND PASS THE PLATE, INC. TO MODIFY THE AUTOMATIC STAY TO ALLOW
<u>CERTAIN LITIGATION TO PROCEED AND FOR CERTAIN OTHER RELIEF</u>**

1

This matter came on for hearing on October 16, 2018 at 10:00 a.m. (Eastern) (the "Hearing") on *Debtors' Motion to Approve Settlement Agreement Between LakePoint Services, LLC, Rich Boden, and Pass the Plate, Inc. to Modify the Automatic Stay to Allow Certain Litigation to Proceed and for Certain Other Relief* [Docket No. _____ ] (the "Motion") filed by LakePoint Land, LLC ("LPL"), LakePoint Land III, LLC ("LPL III"), LakePoint Land IV, LLC ("LPL IV"), LakePoint Services, LLC ("LP Services"), LakePoint Sports South, LLC ("LP Sports"), LP Housing LLC ("LP Housing"), LakePoint Hospitality, LLC ("LP Hospitality"), and LakePoint Merchandise, LLC ("LP Merchandise," and together with LPL, LPL III, LPL IV, LP Services, LP Sports, LP Housing, and LP Hospitality, the "Debtors").  All capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Agreement, which is **Exhibit A** to the Motion.

The Court has considered the Motion and the Agreement.  It appears that the Court has jurisdiction over the Motion and this proceeding; that this is a core proceeding; that notice of the Motion has been given to the parties on the Master Service List established in these Bankruptcy Cases, and PTP, Boden, LSDG, Ehrhart, McCabe, Black, Rowe, and Top Shelf or their respective counsel; that no further notice of the Motion is necessary; that the relief sought in the Motion and approval of the Agreement is in the best interests of the Debtors, their bankruptcy estates, and their creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1.The Motion is GRANTED and the Agreement is APPROVED.

2.The settlement related to the Lawsuit on the terms described in the Agreement is reasonable, fair, and equitable and in the best interests of the Debtors and their respective bankruptcy estates.

3. Subject to the terms of the Agreement, including the Recovery Cap, the automatic stay provided under 11 U.S.C. § 362(a) is modified to allow the Lawsuit to proceed against the Debtors.

4. PTP's Proof of Claim No. 3 filed against LP Services in an unknown amount based on its claims against LP Services in the Lawsuit (the "PTP Claim") is hereby disallowed and expunged.

5. Boden's filed Proof of Claim No. 4 against LP Services in an unknown amount based on his claims against LP Services in the Lawsuit (the "Boden Claim") is hereby disallowed and expunged.

6. Notwithstanding the Rejection Order, but subject to the Recovery Cap, the PTP Agreement is hereby deemed to be reinstated.

7. The Debtors are authorized to take all actions reasonably necessary or appropriate to effectuate the settlement related to the Lawsuit on the terms described in the Agreement, and are further authorized to enter into a compromise and settlement agreement related to the claims asserted in the Lawsuit consistent with the terms of the Agreement without any further order of the Court.

8. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

*** END OF ORDER ***

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP

/s/ Sean C. Kulka
Sean C. Kulka
Georgia Bar No. 648919
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
Fax: (404) 873-8683
Email: sean.kulka@agg.com

*Attorneys for Debtors and Debtors in Possession*