## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LAKEPOINT LAND, LLC,** | ) | **Case No. 18-41337-bem** |
| **LAKEPOINT LAND III, LLC,** | ) | |
| **LAKEPOINT LAND IV, LLC,** | ) | **Jointly Administered** |
| **LAKEPOINT SERVICES, LLC,** | ) | |
| **LAKEPOINT SPORTS SOUTH, LLC,** | ) | |
| **LP HOUSING LLC, LAKEPOINT** | ) | |
| **HOSPITALITY, LLC, and** | ) | |
| **LAKEPOINT MERCHANDISE, LLC,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that, on June 11, 2018 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), each commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Georgia (the "Court"). On July 31, 2018, the Debtors filed the *Joint Chapter 11 Plan of Reorganization of LakePoint Land, LLC and its Affiliated Debtors* as may be modified or amended [Docket No. 90] (the "Plan") and the *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of LakePoint Land, LLC and its Affiliated Debtors* as may be modified or amended [Docket No. 89] (the "Disclosure Statement"). On September 5, 2018, the Disclosure Statement was approved [Docket No. 115], and the Court scheduled a confirmation hearing on the Plan on October 16, 2018 at 10:00 a.m. (Eastern) in Atlanta, Georgia. *See* Docket No. 116.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, the Debtors hereby file this Plan Supplement[1] consisting of the following documents:

| | |
|---|---|
| **Exhibit A** | Exit Facility Credit Agreement |
| **Exhibit B** | HoldCo Operating Agreement |
| **Exhibit C** | Amended LPL Operating Agreement |
| **Exhibit D** | Proposed Officers and Directors for the Reorganized Debtors and New HoldCo |

**PLEASE TAKE FURTHER NOTICE that the documents, schedules, and other information contained in this Plan Supplement are integral to and part of the Plan.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify, revoke or withdraw the Plan Supplement and any exhibits hereto prior to the substantial consummation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that this Plan Supplement can be viewed and downloaded without charge at http://cases.gardencitygroup.com/lpl.

---

[1]      Capitalized terms used in this Plan Supplement and not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Respectfully submitted this 30th day of September 2018.

ARNALL GOLDEN GREGORY LLP

/s/ Sean C. Kulka
Sean C. Kulka
Georgia Bar No. 648919
Michael F. Holbein
Georgia Bar No. 360070
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
Fax: (404) 873-8683
Email: sean.kulka@agg.com

*Attorneys for Debtors and*
*Debtors in Possession*

**EXHIBIT A**

Exit Facility Credit Agreement

**EXHIBIT B**

HoldCo Operating Agreement

**EXHIBIT C**

Amended LPL Operating Agreement

**EXHIBIT D**

Proposed Officers and Directors for the Reorganized Debtors and New HoldCo