# BOARD OF DIRECTORS AND OFFICERS OF
# REORGANIZED DEBTORS AND NEW HOLDCO

In accordance with section 5.8 of the *Joint Chapter 11 Plan of Reorganization of LakePoint Land, LLC and its Affiliated Debtors*, Doc. No. 90 (the "Plan"),[1] upon the Effective Date, the individuals and entities listed below are proposed to serve as the initial members of the Board of Directors or Board of Managers and the officers of New HoldCo and the Reorganized Debtors. The Debtors, in accordance with the Plan and the Restructuring Support Agreement, reserve the right to amend, modify, or supplement this list through the Effective Date. In the event that the Debtors amend, modify, or supplement this list, they will file a notice with the Bankruptcy Court.

**New HoldCo**

As of the Effective Date, the members of the board of managers of New HoldCo shall be Chris Chester, Jeffrey Bemis, and Dan Berman. As of the Effective Date, Robert Zurcher shall serve as the chief financial officer of New HoldCo.

**Reorganized Debtors**

As of the Effective Date, Reorganized LPL will be member managed by its sole member, New HoldCo. All of the other Reorganized Debtors will be member managed by Reorganized LPL. As of the Effective Date, Robert Zurcher shall serve as chief financial officer of each Reorganized Debtor.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

AGG\12683151v1